## CLEMMENS v. STATE.
### No. 25081.

Court of Criminal Appeals of Texas.
Jan. 3, 1951.

———◆———

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Waiving trial by jury, appellant was convicted, upon his plea of guilty before the court, for the offense of transporting whisky in a dry area, and his punishment assessed at a fine of $750.

182

No bills of exception or statement of facts accompany the record. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.